■ Harold Bernstein et al., Appellants, v Deloris Black-shear, Respondent. [604 NYS2d 734] —Order, Appellate Term, Supreme Court, First Department (Riccobono, J. P., and Miller, J.; McCooe, J., dissenting), entered October 8, 1992, which affirmed an order of the Civil Court, New York County (Norman C. Ryp, J.), entered February 14, 1992, unanimously reversed for the reasons stated in the dissenting opinion by McCooe, J., at Appellate Term, without costs and without disbursements. No opinion. Concur—Carro, J. P., Rosenberger, Ellerin and Asch, JJ.

■ Edward Brown et al., Appellants, v City of New York, Respondent. [604 NYS2d 734] —Order, Supreme Court, New York County (Martin Schoenfeld, J.), entered February 11, 1993, unanimously affirmed for the reasons stated by Schoenfeld, J., without costs and without disbursements. No opinion. Concur —Carro, J. P., Rosenberger, Ellerin and Asch, JJ.